# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Multidistrict Litigation<br>No. 09-md-2059 (RHK/JJK) |
| Activated Carbon-Based Hunting<br>Clothing Marketing and Sales Practices<br>Litigation | **ORDER** |

THIS DOCUMENT RELATES TO:

Pickering v. A.L.S. Enterprises, Inc., *et al.*, Civ. No. 09-1603 (RHK/JJK)
Dorris v. A.L.S. Enterprises, Inc., *et al.*, Civ. No. 09-1609 (RHK/JJK)
Pemberton v. A.L.S. Enterprises, Inc., *et al.*, Civ. No. 09-1610 (RHK/JJK)
Beld v. A.L.S. Enterprises, Inc., *et al.*, Civ. No. 09-1611 (RHK/JJK)
Lange v. A.L.S. Enterprises, Inc., *et al.*, Civ. No. 09-1805 (RHK/JJK)
Cook v. A.L.S. Enterprises, Inc., *et al.*, Civ. No. 09-1806 (RHK/JJK)
Super v. A.L.S. Enterprises, Inc., *et al.*, Civ. No. 09-2036 (RHK/JJK)
Lynch v. A.L.S. Enterprises, Inc., *et al.*, Civ. No. 09-2242 (RHK/JJK)

These matters are before the Court *sua sponte*.

The Plaintiffs in these actions have moved for class certification under Federal Rule of Civil Procedure 23, and a hearing on their Motions is currently scheduled for September 16, 2010. Lengthy and comprehensive Memoranda – totaling nearly 150 pages – have been submitted by the parties, along with a plethora of supporting documents. Although Plaintiffs have not yet filed their Reply Memorandum,[1] the Court's preliminary review of the submissions thus far leads it to conclude that the issues have been sufficiently addressed in the parties' Memoranda and that oral argument will not materially assist its resolution of the Motions.

---

[1] The Court assumes from defense counsel's July 9, 2010 letter to the Court that Plaintiffs intend to submit a Reply in support of their Motions. (But see D. Minn. LR 7.1(b) (reply memorandum must be filed 14 days prior to hearing date).)

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS ORDERED** that the hearing on Plaintiffs' Motions, currently scheduled for September 16, 2010, is **CANCELED**, and the Court will resolve the Motions based on the parties' written submissions.

Date: September 3, 2010

                                                            s/Richard H. Kyle
                                                             RICHARD H. KYLE
                                                             United States District Judge