## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Multidistrict Litigation No. 09-md-2059 (RHK/JJK) |
| Activated Carbon-Based Hunting Clothing Marketing and Sales Practices Litigation | **ORDER** |

THIS DOCUMENT RELATES TO:

Pickering v. A.L.S. Enterprises, Inc., *et al.*, Civ. No. 09-1603 (RHK/JJK)
Dorris v. A.L.S. Enterprises, Inc., *et al.*, Civ. No. 09-1609 (RHK/JJK)
Pemberton v. A.L.S. Enterprises, Inc., *et al.*, Civ. No. 09-1610 (RHK/JJK)
Beld v. A.L.S. Enterprises, Inc., *et al.*, Civ. No. 09-1611 (RHK/JJK)
Lange v. A.L.S. Enterprises, Inc., *et al.*, Civ. No. 09-1805 (RHK/JJK)
Cook v. A.L.S. Enterprises, Inc., *et al.*, Civ. No. 09-1806 (RHK/JJK)
Super v. A.L.S. Enterprises, Inc., *et al.*, Civ. No. 09-2036 (RHK/JJK)
Lynch v. A.L.S. Enterprises, Inc., *et al.*, Civ. No. 09-2242 (RHK/JJK)

These matters are before the Court on the parties' Stipulation to Stay Actions Pending Appeal in Related Buetow Action, in which the parties jointly request that these eight actions be stayed pending resolution of Defendants' appeal in the related case Buetow v. ALS Enterprises, Inc., Civ. No. 07-3970. The Court agrees with the parties that resolution of the appeal may narrow or otherwise simplify the issues in these cases, and hence it is in the interests of justice and judicial economy to stay these actions until the appeal is resolved. Based on the foregoing, and all the files, records, and proceedings herein, **IT IS ORDERED** that:

1. The parties' Stipulation is **APPROVED**, and these actions are **STAYED** pending further Order of the Court;

2. Counsel for the parties shall promptly notify the Court following the Eighth Circuit's disposition of the appeal in Buetow; and

3. The hearing on the parties' cross-Motions for Summary Judgment, currently scheduled for November 1, 2010, is **CANCELED**.

Date: September 29, 2010
                s/Richard H. Kyle
                RICHARD H. KYLE
                United States District Judge